AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 26 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| VINCENT L. ROBUSTELLI | Case No. 4:14CR00033-BD |
| | USM No. |
| | Kim Driggers, Asst. Federal Public Defender |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR §261.58(t) | Pssn. of Marijuana while in National Forest System | 06/16/2013 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ 425.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 6192

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:
Little Rock, AR

02/25/2014
Date of Imposition of Judgment

_/s/ Beth Deere_
Signature of Judge

Beth Deere          U.S. Magistrate Judge
Name and Title of Judge

02/26/2014
Date